**No. 09-878. Nicandro Ucciferri, Petitioner v. Rodney Chandler, Warden.**
559 U.S. 974, 130 S. Ct. 1716, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2070.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.
Same case below, 333 Fed. Appx. 885.

**No. 09-881. RTM Media, L.L.C., Petitioner v. City of Houston, Texas.**
559 U.S. 974, 130 S. Ct. 1719, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2107.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.
Same case below, 584 F.3d 220.

**No. 09-883. Valery V. Ceasar, Petitioner v. Nancy A. Nord, Commissioner, Consumer Product Safety Commission, et al.**
559 U.S. 974, 130 S. Ct. 1719, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2110.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.
Same case below, 332 Fed. Appx. 98.

**No. 09-891. Nucor Corporation, et al., Petitioners v. Quinton Brown, et al.**
559 U.S. 974, 130 S. Ct. 1720, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2155.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.
Same case below, 576 F.3d 149.

**No. 09-896. Brenda Mills, Petitioner v. United States.**
559 U.S. 974, 130 S. Ct. 1722, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2023.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-898. Dom Wadhwa and Sharon A. Finizie, Petitioners v. Eric K. Shinseki, Secretary of Veterans Affairs, et al.**
559 U.S. 974, 130 S. Ct. 1722, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2158.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-899. Abdelhaleem Hasan Abdelraziq Ashqar, Petitioner v. United States.**
559 U.S. 974, 130 S. Ct. 1722, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2115.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.
Same case below, 582 F.3d 819.

**No. 09-902. Robert L. Grimm, Petitioner v. Beverly Grimm, nka Beverly Lampp.**
559 U.S. 974, 130 S. Ct. 1732, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2194.
March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 09-905. Theresa M. Squillacote, Petitioner v. United States.**
559 U.S. 974, 130 S. Ct. 1732, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2168.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.
Same case below, 328 Fed. Appx. 174.

**No. 09-5220. Arlene B. Whitney, Petitioner v. California, et al.**
559 U.S. 974, 130 S. Ct. 1685, 176 L. Ed. 2d 185, 2010 U.S. LEXIS 2092.
March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.